IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

PARKERSBURG DIVISION

UNITED BANKSHARES, INC., et al.,

        Plaintiffs,

v.                                    CIVIL ACTION NO.  6:10-cv-00188

ST. PAUL MERCURY INSURANCE COMPANY, et al.,

        Defendants.

**MEMORANDUM OPINION AND ORDER**

      Pending before the court is the plaintiffs' Motion Seeking Clarification of this Court's Memorandum Opinion and Order of May 3, 2010 or, in the Alternative, for a Protective Order Pursuant to Federal Rule of Civil Procedure 26(c) [Docket 28].  The Motion is **DENIED**.

      On May 3, 2010, this court vacated the scheduling order set by the District Court for the Eastern District of Virginia.  The word "vacate" is defined as "[t]o nullify or cancel; make void; invalidate."  *Black's Law Dictionary* 1546 (7th ed. 1999).  The court's order speaks for itself.

      The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

                                      ENTER:      May 21, 2010

                                      Joseph R. Goodwin, Chief Judge